UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA



JUDGMENT IN A CIVIL CASE

Steven and Rebecca Oakleaf

          v.        CASE NUMBER: CIV S-92-814 WBS

County of Sierra, et al

**X -- Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED February 24, 1994.**

Jack L. Wagner,
Clerk of the Court

ENTERED: February 28, 1994

by: _G Miyasato, Deputy Clerk_

/30

United States District Court
for the
Eastern District of California
February 28, 1994

\* \* CERTIFICATE OF SERVICE \* \*

2:92-cv-00814

Oakleaf

   v.

Sierra

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on February 28, 1994, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

    Thomas David McCrackin            CO/WBS
    California State Attorney General
    P O Box 944255
    1515 K Street
    Sacramento, CA  94244-2550

    Terence John Cassidy
    Porter Scott Weiburg and Delehant
    P O Box 255428
    350 University Avenue
    Suite 200
    Sacramento, CA  95865

    William Patterson Cashill
    Law Offices of William Patterson Cashill
    410 California Avenue
    Reno, NV  89509

                                               Jack L. Wagner, Clerk

                                               BY: _____
                                                      Deputy Clerk